**STATE of Missouri, Respondent.**

v.

**Malcolm JACKSON, Appellant.**

No. 72390.

Missouri Court of Appeals,
Eastern District,
Division One.

July 21, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 30, 1998.

Application for Transfer Denied
Nov. 24, 1998.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., St. Louis, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Malcolm Jackson, appeals the judgment of conviction entered by the Circuit Court of St. Louis County after a jury found him guilty of attempted first degree robbery, RSMo section 564.011 (1994).

We have reviewed the briefs of the parties, the legal file, and transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).